Adaptive Personal Touch, PT, PC, a/a/o Liam Roche, Plaintiff-Respondent, 
against
Global Liberty Insurance Company of New York, Defendant-Appellant.



Defendant, as limited by its brief, appeals from so much of an order of the Civil Court of the City of New York, Bronx County (Myrna Socorro, J.), entered February 7, 2019, as denied, in part, its cross motion for summary judgment.




Per Curiam.
Order (Myrna Socorro, J.), entered February 7, 2019, insofar as appealed from, affirmed, with $10 costs.
We agree with Civil Court that the conflicting medical opinions adduced by the parties sufficed to raise a triable issue as to the medical necessity of the physical therapy treatments underlying plaintiff's claims (see True Health Pharm., Inc. v Global Liberty Ins. Co. of NY, 64 Misc 3d 128[A]; 2019 NY Slip Op 51004[U] [App Term, 1st Dept 2019]; Sloan v Global Liberty Ins. Co., 63 Misc 3d 138[A], 2019 NY Slip Op 50550[U] [App Term, 1st Dept 2019]). Thus, the defendant's cross motion for summary judgment on the ground of lack of medical necessity was properly denied.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 13, 2019